# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Stephen Raymond Barber , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner (s), | ) | 1:10-cv-00227 |
| | ) | 1:08cr00045 |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2014 Order.

January 21, 2014

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court